**2013–1727.  State ex rel. Stone v. Hunter.**
Hamilton App. No. C–130506. On motion to dismiss appeal as moot. Motion granted.

**2013–1729.  State ex rel. D.W. v. Hunter.**
Hamilton App. No. C–130496. On motion to dismiss appeal as moot. Motion granted.

**2013–1733.  State ex rel. Eversmann v. Hunter.**
Hamilton App. No. C–130502. On motion to withdraw motion to dismiss appeal as moot. Motion granted.

**2013–1734.  State ex rel. Shahan–Beck v. Hunter.**
Hamilton App. No. C–130504. On motion to dismiss appeal as moot. Motion granted.

**2013–1812.  State v. Stegall.**
Butler App. No. CA2010–03–070, 2011-Ohio-262. On motion for delayed appeal. Motion denied.

**2013–1823.  State v. Preston.**
Montgomery App. No. 25393, 2013-Ohio-4404. On motion for delayed appeal. Motion denied.
    KENNEDY and O'NEILL, JJ., dissent.

**2013–1837.  State v. Minor.**
Summit App. No. 26362, 2013-Ohio-558. On motion for delayed appeal. Motion denied.
    O'DONNELL, FRENCH, and O'NEILL, JJ., dissent.

**2013–1840.  State v. Bates.**
Montgomery App. No. 23707, 2012-Ohio-6039. On motion for delayed appeal. Motion denied.

**2013–1870.  State v. Derricoatte.**
Ashtabula App. No. 2012–A–0038, 2013-Ohio-3774. On motion for delayed appeal. Motion granted.
    O'CONNOR, C.J., and O'DONNELL and FRENCH, JJ., dissent.

**2013–1872.  State v. Farraj.**
Cuyahoga App. No. 100250. On motion for delayed appeal. Motion denied.
    PFEIFER, J., dissents.

**2013–1876.  State v. Arroyo.**
Cuyahoga App. No. 98300, 2013-Ohio-1176. On motion for delayed appeal. Motion denied.
    PFEIFER, LANZINGER, and O'NEILL, JJ., dissent.

**2013–1903.  State v. Brown.**
Richland App. No. 12CA63, 2013-Ohio-3109. On motion for delayed appeal. Motion denied.
    PFEIFER, J., dissents.

**2013–1905.  Jacobs v. FirstMerit Corp.**
Lake App. No. 2013–L–012, 2013-Ohio-4308. On motion for immediate stay of court of appeals' judgment pending appeal. Motion denied.

**2013–1910.  State v. Tubbs.**
Miami App. No. 2012–CA–20, 2013-Ohio-4391. On motion for delayed appeal. Motion denied.
    O'NEILL, J., dissents.

**2013–1915.  State v. Puckett.**
Richland App. No. 12CA12, 2012-Ohio-4841. On motion for delayed appeal. Motion denied.

**2013–1941.  State v. Arnold.**
Cuyahoga App. No. 100422. On motion for delayed appeal. Motion denied.

## APPEALS ACCEPTED FOR REVIEW

**2013–1603.  Hambuechen v. 221 Mkt. N., Inc.**
Stark App. No. 2013CA00044, 2013-Ohio-3717.
    O'CONNOR, C.J., and PFEIFER and O'DONNELL, JJ., dissent.